IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIAH LEE COLLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08-0400 |
| ) | Judge Trauger |
| AUSTIN PEAY STATE UNIVERSITY, *et al.*, ) | Magistrate Judge Knowles |
| ) | |
| Defendants. ) | |

## O R D E R

On June 12, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 36) No objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's motion seeking to amend her complaint (Docket No. 29) is **GRANTED**. It is further **ORDERED** that the following request contained within the motion is **DENIED**: "When and if discovery is open this plaintiff would like to hold each and every police employee who sign off on this action and activities of omission, commission, and negligent act of willful misconduct be added to this complaint." This denial is without prejudice, as it is premature.

This case is **RETURNED** to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

Enter this 27th day of June 2008.

_____
ALETA A. TRAUGER
U.S. District Judge