IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIAH LEE COLLIER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:08-0400 ) Judge Trauger/Knowles |
| AUSTIN PEAY STATE UNIVERSITY, et al., | ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon the following Motions: (1)" Motion to Dismiss Richard Jackson in his individual capacity" (Docket No. 52); (2) "Motion to Dismiss" filed by the Clarksville Police Department and the City of Clarksville (Docket No. 59); (3) "Motion to Dismiss on behalf of the Associated Press" (Docket No. 65); (4) "Motion to Dismiss and Motion for Summary Judgment on behalf of Gannett, the Tennessee, the Leaf Chronicle, ALL STATE, and Christian Bottorff" (Docket No. 69); (5) "Request for Default Judgement" (Docket No. 62); (6) "Request for Injunctive Relief Against the All State . . . ." (Docket No. 76); and (7) "Request for Assistance on Summons and Complaint Bad Service Issues" (Docket No. 78).

The undersigned has previously submitted a Report and Recommendation recommending that all Plaintiffs' claims against all Defendants be dismissed. Docket No. 86.

Therefore, the undersigned recommends that the instant Motions be DENIED AS MOOT.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court.  Any party opposing said objections shall have ten (10) days after service of any objections filed to this Report in which to file any response to said objections.  Failure to file specific objections within ten (10) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation.  *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

                                                                       E. Clifton Knowles
                                                                       United States Magistrate Judge